PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
DANIEL D. MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00207 SOM |
| Plaintiff, | STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| DANIEL D. MILLER, | |
| Defendant. | |

**STIPULATION AND ORDER
TO AMEND CONDITIONS OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the previously imposed condition of pretrial release #7q be MODIFIED that defendant no longer reside at Mahoney Hale and will reside with Jerrita Pacheco.

IT IS FURTHER STIPULATED that condition #7q be modified as follows:

Defendant shall reside with Jerrita Pacheco at 92-1148 Panana Street, #135, Kapolei, Hawaii 96707.  Defendant shall not change his residence without prior approval by U.S. Pretrial Services.

All other previously imposed conditions are to remain the same.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, February 24, 2006.

     /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
DANIEL D. MILLER


     /s/ Marshall H. Silverberg
MARSHALL H. SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA


     /s/ Carolyn L.K. Hall
CAROLYN L.K. HALL
Senior United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 24, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

United States v. Daniel D. Miller
Cr. No. 05-00207 SOM
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE